COUNT 57

The Grand Jury further charges that:

On or about March 13, 2000, in the District of Hawaii, defendant FELIPE RUIZ-CASTRO and Juan Hernandez, aka "Juan Luis," aka "Piolas," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 58

The Grand Jury further charges that:

On or about March 15, 2000, in the District of Hawaii, Robert Mahoney and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

40

COUNT 59

The Grand Jury further charges that:

On or about March 15, 2000, in the District of Hawaii, defendant FELIPE RUIZ-CASTRO and Thomas Marino, Sr. used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 60

The Grand Jury further charges that:

On or about March 17, 2000, in the District of Hawaii, defendant FELIPE RUIZ-CASTRO and Salvador Castillo, aka "Chava," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 61

The Grand Jury further charges that:

On or about March 17, 2000, in the District of Hawaii, Leroy Mollena and defendant FELIPE RUIZ-CASTRO used and caused to

41

be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 62

The Grand Jury further charges that:

On or about March 17, 2000, in the District of Hawaii, Isidro LNU and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 63

The Grand Jury further charges that:

On or about March 17, 2000, in the District of Hawaii, Holmar Hernandez, aka "Omar," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled

42

substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 64

The Grand Jury further charges that:

On or about March 18, 2000, in the District of Hawaii, defendants RANDALL RAMELB, aka "Randy," and FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 65

The Grand Jury further charges that:

On or about March 18, 2000, in the District of Hawaii, defendant FELIPE RUIZ-CASTRO and Thomas Marino, Sr. used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

43

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 66

The Grand Jury further charges that:

On or about March 21, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO, Jorge Casas, aka "Jorge Cano," aka "George," and Leah Cardenas used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 67

The Grand Jury further charges that:

On or about March 21, 2000, in the District of Hawaii, Robert Mahoney and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

44

COUNT 68

The Grand Jury further charges that:

On or about March 22, 2000, in the District of Hawaii, Robert Mahoney and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 69

The Grand Jury further charges that:

On or about March 22, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

45

<u>COUNT 70</u>

The Grand Jury further charges that:

On or about March 23, 2000, in the District of Hawaii, Casey Smythe, aka "K.C.," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 71</u>

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, Juan Hernandez, aka "Juan Luis," aka "Piolas," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 72

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, Sabino Albarran, aka "Pelon," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 73

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, Holmar Hernandez, aka "Omar," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 74

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, Mona Hiiaca Huihui, aka "Jiaca," and defendant FELIPE RUIZ-CASTRO

47

used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 75</u>

The Grand Jury further charges that:

On or about March 27, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Fermin Rivera used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 76</u>

The Grand Jury further charges that:

On or about March 27, 2000, in the District of Hawaii, defendant FELIPE RUIZ-CASTRO and Armando Montano Rodriguez, aka "Camote," aka "Teco," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine,

48

heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 77

The Grand Jury further charges that:

On or about March 28, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United State Code, Section 843(b).

### COUNT 78

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii, Leroy Mollena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

49

All in violation of Title 21, United States Code, Section 843(b).

COUNT 79

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO, Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, Mona Hiiaca Huihui, aka "Jiaca," and Karla Kahau did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, that is, approximately 1000 grams of crystal methamphetamine - "ice," a Schedule II controlled substance.  The defendants knowing and intending that the quantity of crystal methamphetamine - "ice," would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 80

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, Robert Mahoney and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

50

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 81

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Ana Marino, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 82

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, defendants MARTIN MORA-GARCIA, aka "Martin Arreaga," aka "El Burro," aka "Manny," and FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

51

<u>COUNT 83</u>

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, Francisco Mora-Garcia, aka "Pancho," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 84</u>

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, Fermin Rivera and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 85</u>

The Grand Jury further charges that:

On or about April 5, 2000, in the District of Hawaii, Jose Luis Vasquez and defendant FELIPE RUIZ-CASTRO used and

caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 86

The Grand Jury further charges that:

On or about April 5, 2000, in the District of Hawaii, Leroy Mollena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 87

The Grand Jury further charges that:

On or about April 7, 2000, in the District of Hawaii, defendant FELIPE RUIZ-CASTRO and Tomas Marino, Jr. used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine

- "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 88

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Fermin Rivera, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 89

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

54

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 90

The Grand Jury further charges that:

On or about April 13, 2000, Brian Joshua Jones, aka "El Tigre," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, in excess of 5000 grams, that is, approximately six kilograms of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 91

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, Fermin Rivera and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 92

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, Fermin Rivera and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 93

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, Fermin Rivera and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 94

The Grand Jury further charges that:

On or about April 14, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Carlos Guerrero, aka

56

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 105

The Grand Jury further charges that:

On or about April 17, 2000, in the District of Hawaii, Leroy Mollena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 106

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Alma Rosie Rodriguez, aka "Rosie," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 107

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Brian Paschoal used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 108

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 109

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Pualani Horswill, aka "Pua," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 110

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

64

COUNT 111

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: the Western Union wire transfer of $700 in U.S. currency, which involved the proceeds of a specified unlawful activity, that is, the distribution of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds in the amount of $700 represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(I).

COUNT 112

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Raul LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled

65

substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 113

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Arturo Flores, aka "El Bomba," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 114

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO and Fermin Rivera used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 115

The Grand Jury further charges that:

On or about April 19, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Sabino Albarran, aka "Pelon," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 116

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, Juan Hernandez, aka "Juan Luis," aka "Piolas," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 117

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, Juan Hernandez, aka "Juan Luis," aka "Piolas," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 118

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, Pualani Horswill, aka "Pua," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

68

COUNT 119

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, Leah Cardenas and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 120

The Grand Jury further charges that:

On or about April 21, 2000, in the District of Hawaii, Casey Smythe, aka "K.C." and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 121

The Grand Jury further charges that:

On or about April 21, 2000, in the District of Hawaii, Jorge Casas, aka "Jorge Cano," aka "George," and defendant FELIPE

69

RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 122

The Grand Jury further charges that:

On or about April 22, 2000, in the District of Hawaii, Carlos Reyes-Castro, aka "Sergio," aka "Carlos," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 123

The Grand Jury further charges that:

On or about April 22, 2000, in the District of Hawaii, Alvaro LNU, aka "Guero," and FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to

distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 124

The Grand Jury further charges that:

On or about April 22, 2000, in the District of Hawaii and elsewhere, Eduardo Velasco, aka "Carlos Perez-Garcia," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, to wit, approximately 140 grams of crystal methamphetamine - "ice," a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 125

The Grand Jury further charges that:

On or about April 23, 2000, in the District of Hawaii and elsewhere, Fermin Pena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, to wit,

approximately 140 grams of crystal methamphetamine - "ice," a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 841(a)(1).

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 126

On or about April 26, 2000, in the District of Hawaii
and elsewhere, Fermin Pena and defendant FELIPE RUIZ-CASTRO used
and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to possess with intent to distribute a quantity of
crystal methamphetamine - "ice," in excess of 50 grams, to wit,
approximately 140 grams of crystal methamphetamine - "ice," a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 127

On or about April 27, 2000, in the District of Hawaii
and elsewhere, Fermin Pena, Eduardo Velasco, aka "Carlos Perez-
Garcia," and defendant FELIPE RUIZ-CASTRO did knowingly and
intentionally aid and abet each other in the possession with
intent to distribute a quantity of crystal methamphetamine -
"ice," in excess of 50 grams, to wit, approximately 140 grams of
crystal methamphetamine - "ice," a Schedule II controlled

72

substance.  The defendants knew and intended that the crystal methamphetamine - "ice," would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT 128</u>

The Grand Jury further charges that:

On or about April 28, 2000, in the District of Hawaii, Francisco Mora-Garcia, aka "Pancho," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 129</u>

The Grand Jury further charges that:

On or about April 29, 2000, in the District of Hawaii and elsewhere, Fermin Pena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 130

The Grand Jury further charges that:

On or about May 1, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 131

The Grand Jury further charges that:

On or about May 4, 2000, in the District of Hawaii, defendant RANDALL RAMELB, aka "Randy," and Cheryl Yates did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 132

The Grand Jury further charges that:

On or about May 4, 2000, in the District of Hawaii, defendant RANDALL RAMELB, aka "Randy," and Cheryl Yates did knowingly and intentionally possess with intent to distribute

74

approximately one kilogram of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 133

The Grand Jury further charges that:

On or about May 4, 2000, in the District of Hawaii, defendant RANDALL RAMELB, aka "Randy," and Cheryl Yates did knowingly and intentionally possess with intent to distribute a quantity of crystal methamphetamine - "ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 134

The Grand Jury further charges that:

From a date unknown, but from at least on or about April 1999 and continuing to on or about August 1, 2000, in the District of Hawaii and elsewhere, the defendants FELIPE RUIZ-CASTRO and MIGUEL ANGEL RUIZ, aka "El Padre," did unlawfully, willfully and knowingly conspire, with each other and others known and unknown to the grand jury, knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, to conduct and attempt to conduct such transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, distribution of controlled substances, knowing that the

75

transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1).

OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants performed overt acts in the District of Hawaii and elsewhere, including but not limited to the following:

1. During May 1999, defendant MIGUEL ANGEL RUIZ, aka "El Padre," from Baytown, Texas traveled to Maui, Hawaii and met with defendant FELIPE RUIZ-CASTRO.

2. During May 1999, defendant FELIPE RUIZ-CASTRO transferred $15,000 in U.S. currency to defendant MIGUEL ANGEL RUIZ, aka "El Padre," on Maui, Hawaii.

3. During late May 1999, defendant MIGUEL ANGEL RUIZ, aka "El Padre," returned to Baytown, Texas and secreted $15,000 in U.S. currency at his residence in Baytown, Texas.

4. During August 1999, defendant FELIPE RUIZ-CASTRO traveled to Maui, Hawaii to Mexico and met with defendant MIGUEL ANGEL RUIZ, aka "El Padre."

5. During August 1999, defendant FELIPE RUIZ-CASTRO transferred $5,000 in U.S. currency to defendant MIGUEL ANGEL RUIZ, aka "El Padre," in Mexico.

76

6.    During August 1999, defendant MIGUEL ANGEL RUIZ, aka "El Padre," carried $5,000 in U.S. currency from Mexico to Baytown, Texas.

7.    On or about November 8, 1999, defendant MIGUEL ANGEL RUIZ, aka "El Padre," purchased a cashier's check in the amount of $4,500 payable to FELIPE RUIZ-CASTRO at Citizens Bank and Trust Co. in Baytown, Texas.

8.    On or about November 8, 1999, defendant MIGUEL ANGEL RUIZ, aka "El Padre," purchased a cashier's check in the amount of $4,500 payable to defendant FELIPE RUIZ-CASTRO at Bank of America in Baytown, Texas.

9.    During November 1999, defendant MIGUEL ANGEL RUIZ, aka "El Padre," transferred the two cashier's checks mentioned above in overt acts 7 and 8 to defendant FELIPE RUIZ-CASTRO.

All in violation of Title 18, United States Code, Section 1956(h).

DATED: OCT 25 2000 _____, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY


_____
STEVEN S. ALM
United States Attorney
District of Hawaii


_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
THOMAS MUEHLECK
Assistant U.S. Attorney


_____
LORETTA SHEEHAN
Assistant U.S. Attorney


_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. Felipe Ruiz-Castro, et al.
Second Superseding Indictment
Cr. No. 00-00182 SOM

78